UNITED STATES of America, Plaintiff—Appellee,

v.

Franklyn Earl BANNERMAN, Defendant—Appellant.

No. 07–6920.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2007.

Decided: Dec. 5, 2007.

Franklyn Earl Bannerman, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklyn Earl Bannerman appeals the district court's order denying his motion filed pursuant to former Fed.R.Crim.P. 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bannerman*, No. 2:90–cr–00105–HCM, 2007 WL 1519051 (E.D.Va. May 17, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*